IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: Jack Edward Pinnick     xxx-xx-3211
      Laura Ann Pinnick     xxx-xx-5090
              Debtors,                      Case No. _____

## CHAPTER 13 PLAN
## NO HOMESTEAD SUBJECT TO STANDING ORDER 08-03

**DEBTOR(S) ATTY**. AND SUPREME COURT #: <u>JOSEPH I. WITTMAN #10280</u>

**ADDRESS**: 1002 Chestnut St., Blue Rapids, KS 66411

**PLAN PAYMENT**: $___350.00___ every month by the debtors. FIRST PAYMENT MUST BE MADE NO LATER THAN 30 DAYS AFTER CASE IS FILED WITH THE COURT. The debtors CMI is BELOW the median income for their family size, the applicable commitment period is 36 months.(See Form B22C for details). The applicable commitment period is not the same as how long the plan runs. The amount that needs to be paid to unsecured creditors per B22C is $__0.00_ per month.

**ADMINISTRATIVE**: Proposed pre confirmation attorney fees are $4,000.00. $157.00 has been paid by the debtors to the attorney. This includes the $300.00 closing fees. The attorney will be paid over the next 12 months, or longer. Once Attorney fees are paid, there will be additional funds to pay the equal monthly installments to the secured creditors. The fees for the Financial Management Course have been paid prior to filing. In the event the case is dismissed or converted prior to confirmation, any funds held by the trustee shall be paid to the debtor's attorney in satisfaction of outstanding fees owed.

**Filing fees** of $274.00 filing fee, has been paid.

**Federal and State Tax returns** due for the preceding 5 years have been filed to the best of the debtor's knowledge and belief. Returns which have not been filed are the following: NONE

**PRIORITY CLAIMS**: The debtor shall pay all allowed priority claims under 11 USC 507. NONE. There may be taxes due for 2010 which the debtor wants paid through the plan if IRS and KDOR will file a post petition claim.

**REAL ESTATE MORTGAGE**: All mortgage payments on the debtor(s) home will be paid directly by the debtors to the respective creditors unless set out below. Any Arrearage are to be paid thru the plan with no interest: Any arrearage claim must document the amount claimed and provide support for the amounts believed to be owed.

| Creditor | Arrearage | To be paid |
|----------|-----------|------------|
| HFC | $0.00 | $0.00 |

      **HFC claims a mortgage on the debtors' real estate. HFC does not have a lien against their home which is a double wide mobile home which sits on the real estate. It is not permanently attached and is considered personalty. The debt to the creditor was discharged in a prior bankruptcy and only the mortgage exists. No payments were made after the bankruptcy to this creditor and the creditor has not contacted them. The debtors will pay $500.00 to the creditor through this plan to release the mortgage against their real estate. Failure of the creditor to object to this treatment will result in acceptance of the plan as set forth above. At the completion of the plan the creditor will release the mortgage it holds on the property. Failure to do so will result in an order from the Court stating the mortgage is void and of no effect since the creditor has not complied with the plan.**

| Resort Funding | $UNK | $0.00 |
|----------|-----------|------------|

      Mortgage on a timeshare in Missouri. Debtors surrender the timeshare to the creditor and are not responsible for any further management fees. Creditor can foreclose its interest and file an unsecured claim.

| Grand Crowne | $0.00 | $0.00 |
|----------|-----------|------------|

      Mortgage on a timeshare in Missouri. Timeshare is fully paid up. Only maintenance fees of $200 to $300 per year have to be paid. The debtors wish to keep this time share and pay the annual maintenance fees. Value of the timeshare is negligible. Creditor to be paid nothing through the debtors' plan.

The amount of the pre petition arrearage as specified in the creditors' POC shall govern, unless objected to by the debtors. If an objection is filed the court's determination of the amount to be paid to the claimant will govern.   If the debtor pays the pre petition arrearage amount, as set forth in the claim, unless objected to then all pre petition defaults will be cured and the note and other loan documents will be deemed current as of the date of filing, extinguishing any right of the mortgagee to recover any amount alleged to have arisen prior to the filing of the petition to declare a default of the note, mortgage, or other loan documents based upon pre petition events. Debtors do not object to monthly statements being sent during the duration of the plan.  **NOT APPLICABLE**

The first post petition payment through the plan will begin with the _____, 2010 payment.  The first two monthly post petition mortgage payments that come due prior to the commencement of regular ongoing mortgage payments, plus two late fees, plus contract interest at the rate of _____%, shall be paid as administrative expenses.  At the completion of the plan, the debtor shall resume monthly mortgage payments directly to the real property creditor pursuant to the terms of the mortgage contract.  The trustee will advise the debtor and debtor's attorney when the payments to his office are to cease on the mortgage so that the debtor can pay those payments directly to the mortgagee.  In the event the trustee fails to notify the debtor and debtor's counsel when the payments to the trustee shall cease, any payments paid by the debtor to the trustee shall be paid by the trustee to the mortgagee on a timely basis while the trustee is concluding the case.
**NOT APPLICABLE**

**If debtor has made all payments required under this plan, the Chapter 13 trustee shall file a motion which seeks a Court order which states that all pre-petition and/or post petition defaults on debtor's home mortgage debt are deemed cured and all payments made on such debt through the date of plan completion are current, with no arrearage, no escrow balance, late charges, costs or attorney fees owing, except to the extent that the Court orders otherwise.**
**NOT APPLICABLE**

**SECURED CREDITORS**: All secured creditors **MUST FILE A CLAIM TO BE PAID UNDER THE PLAN** and shall retain their lien under 11 USC 1325(a)(5).  Secured creditors listed below shall release their lien on the collateral when the debtors' discharge is entered.  Creditors who do not release the lien will be subject to having fees and costs assessed against them.

**Adequate Protection**.  A creditor will not receive any adequate protection payments unless they **FILE A CLAIM.** Adequate protection payments will be paid to the creditor by the trustee from the plan payment until the plan is confirmed.  The amount paid as adequate protection will be credited against the allowed claim of the creditor filed in the case.  If the adequate protection amount is ZERO, then the monthly payments proposed and the creditor's lien on the collateral adequately protect the creditors's interest.

Secured creditors will be paid equal monthly payments based upon the funds available to pay those claims after deduction of trustee fees.. Payment to secured creditors will increase, proportionately,  once attorney fees are paid to debtors' attorney.

Secured creditors are listed as either 910 Day Creditors (1 year creditor in the case of personal property) for purchase money debts incurred within 910 days of the date of filing on vehicles for personal use and one year for other personal property OR Non 910 Day Creditors.  Creditors holding liens on vehicles will release those liens upon conclusion of the plan and entry of the debtor's discharge.

| Creditor | Debt | Value | Monthly Pymt | Adequate Protection |
|---|---|---|---|---|
| 1. John Deere | $4,500.00 | $1,000.00 | $130.00 | $0.00 |

Secured on a lawn mower purchased within 365 days of filing the bankruptcy.  To be paid amount of claim at discount rate of interest.

| | | | | |
|---|---|---|---|---|
| 2. GE MONEY Bank | $20,900.00 | $1,000.00 | $0.00 | $0.00 |

Secured on a 4 wheeler Lowe Tahiti boat motor and trailer.  Creditor has taken possession of the property. Creditor will not be paid as secured creditor through the plan.

| Creditor | Debt | Value | Monthly Pymt | Adequate Protection |
|----------|------|-------|--------------|---------------------|
| 3.  FMC | $35,000.00 | $23,000.00 | $0.00 | $0.00 |

      Secured on 2010 Ford Mustang.  Property was surrendered to creditor before filing of bankruptcy. Creditor to be paid nothing through the plan.

| Creditor | Debt | Value | Monthly Pymt | Adequate Protection |
|----------|------|-------|--------------|---------------------|
| 4.HSBC | $7,900.00 | $1,000.00 | $0.00 | $0.00 |

      Secured on 2004 Yamaha 650 Mtcy. And a 4 wheeler.  Mtcy was stolen or picked up before filing.  The 4 wheeler is still in debtors' possession and will be surrendered.  Debtors can not determine from GE Money Bank whether they picked it up or not.  They will not say.  Police report filed.  Debtors will surrender any interest they have in it.  Creditor will not be paid as secured creditor through the plan.  Creditor has responsibility to make arrangements for picking up collateral.

**Lien Avoidance: __none_____**

**Special Class of Creditors**: Special Class of creditors are generally paid 100% and will be paid  with the secured creditors and arrearage on the mortgage.   NONE

**Child Support**: All domestic support obligations(DSO) will be kept current during the time the plan runs.  Any arrearage that existed as of the date of filing will be paid through the plan unless the debt is one that arises under 11 USC 507(a)(1)(B), in which cases so long as the plan provides that all of the debtor's projected disposable income is devoted to the plan for 5 years, the claim may be paid less than the full amount.  NONE.

**General Unsecured Creditors**: Allowed general unsecured claims shall be paid after all other unsecured claims, including administrative and priority, to the extent that funds are available.

**Special Notes**: **IF A SECURED CREDITOR FAILS TO OBJECT TO CONFIRMATION OF THE PLAN, THE CREDITOR IS DEEMED TO HAVE ACCEPTED THE PLAN.  A SEPARATE ORDER MAY DISPOSE OF THE OBJECTION TO CONFIRMATION IF AN AGREED ORDER IS ENTERED RESOLVING THE OBJECTION.  ANY PROPERTY BEING SURRENDERED BY THE DEBTOR ENTITLES THE CREDITOR TO MAKE ARRANGEMENTS FOR OBTAINING POSSESSION OF THE PROPERTY FROM THE DEBTOR.  DEBTOR IS NOT RESPONSIBLE FOR DELIVERING POSSESSION TO THE CREDITOR.   Non exempt property which is of minimal value and would not be administered in a Chapter 7 case will be retained by the debtor and no additional amount will be paid to unsecured creditors for such property.   If a creditor files a secured claim and is not provided for as a secured creditor, an objection will be filed to the claim and the claim will be resolved by an order to be entered by the Court.  All property of the bankruptcy estate will revest in the debtors at discharge, unless otherwise ordered by the court. In the event the case is converted to a Chapter 7,or any other chapter, under Title 11 of the US Code, any tax refunds for the years 2011 and any subsequent years of the plan, are not property of the estate to be administered by the successor trustee in such converted case.**

Dated:_____                        s/ Jack Pinnick_____
                                                         Jack Pinnick

Dated: _____                        s/ Laura Pinnick_____
                                                         Laura Pinnick

___s/ Joseph I .Wittman_____
Joseph I. Wittman #10280
Attorney for the Debtors
112 SW 6th Suite 508
Topeka KS 66603
785-234-3663